United States District Court
CRIMINAL MINUTES - ARRAIGNMENT

Case No.  4:23cr57-MW                    Date: February 8, 2024

DOCKET ENTRY: Arraignment on Superseding Indictment

- Not Guilty Plea entered
- Trial set for March 25, 2024 at 8:15 a.m. before Chief Judge Walker

PRESENT: Martin A. Fitzpatrick, United States Magistrate Judge

| Angie Maxwell | Gabrielle McCoy | DCR TLH | James McCain |
|---|---|---|---|
| Deputy Clerk | USPO | Court Reporter | Ast. US Attorney |

U.S.A.  v.  (Defendant listed below)      Attorney for Defendant:

JERDY D. MILLER, JR.                       Richard Smith
 X  present   X  custody   __O/R           X present  X appointed  __retained

PROCEEDINGS:

  X   Defendant is ARRAIGNED and specifically advised of his rights.

  X   Defendant waives reading of Indictment-Information

 ___  Indictment read

  X   Defendant PLEADS:   ___ Guilty Count(s) _____
                           X   Not Guilty as charged on Indictment

  X   Trial set for: March 25, 2023 at 8:15 a.m.