# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA,**

v.                          Case No.:    4:23cr57-MW/MAF

**JALEN TAHEEN FOSTER, et al.,**

    *Defendants*.
_____/

## DISCOVERY PROTECTIVE ORDER

The United States of America requested an order pursuant to Federal Rule of Criminal Procedure 16(d)(1) restricting disclosure of certain discovery materials which are being provided to the attorneys for the defendants which contain personally identifying information for third parties or which could pose a risk to, or be used to harass, the Government's cooperating witnesses. ECF No. 80. The attorneys for Defendants have no objection to this protective order being granted. Therefore, the Government's unopposed motion for discovery protective order, ECF 80, is **GRANTED**.

Pursuant to Federal Rule of Criminal Procedure 16(d)(1), and consistent with the procedure in NDFL Local Rule 26.2(G)(5), the Government is authorized to designate discovery material as subject to this protective order by clearly identifying the material with the phrase "Subject to Protective Order" and providing a copy of this order along with the protected material.

The attorneys for Defendants and their respective defense teams are prohibited from further dissemination of discovery material identified as subject to this protective order, except that they may show the material to the defendants (but may not allow any defendant to make recordings or take photographs of the material) and may provide copies of the material to other members of their defense team (e.g. co-counsel, paralegals and other support staff members, and outside experts) as necessary to prepare for trial. All such persons must be instructed about the protective order prohibiting further dissemination and additional copies must be destroyed at the end of the case.

**SO ORDERED on February 13, 2024.**

>s/Mark E. Walker
>**Chief United States District Judge**